■ Lynn Juda, Respondent, v Gregory Solazzo, Defendant, and Andrew Donovan, Appellant. (Appeal No. 2.) [885 NYS2d 924]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered April 4, 2008 in an action for breach of fiduciary duty. The order, inter alia, denied the motion of defendant Andrew Donovan to compel disclosure.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs.

Same memorandum as in *Juda v Solazzo* (66 AD3d 1528 [2009]). Present—Hurlbutt, J.P., Martoche, Centra, Green and Gorski, JJ.